IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0103-10 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| JANETTA JOHNSON, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 4241, the Court hereby orders that defendant Janetta Johnson be committed to the custody of the Attorney General to be hospitalized at a suitable facility for psychiatric evaluation. The Court recommends that the Bureau of Prisons designate the defendant to the United Medical Center for Federal Prisoners in Springfield, Missouri for the purpose of conducting this evaluation, and that a report be filed with the Court pursuant to the provisions of sections 4247(b) and (c).

Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h).

**IT IS SO ORDERED.**

Dated: March 5, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0103\Order re 4241.wpd